# Case Docket Entries

CC-41-2020-C-64

| Court: | Circuit | County: | 41 - Raleigh | Created Date: | 2/18/2020 | Security Level: | Public |
|---|---|---|---|---|---|---|---|
| Judge: | Harry Kirkpatrick | Case Type: | Civil | Case Sub-Type: | MISCELLANEOUS CIVIL | Status: | Open |

Related Cases:

Style: HUWA ENTERPRISES, LLC v. US TRINITY ENERGY SERVICES, LLC

| # | Entered Date | Event | Ref. Code | Description |
|---|---|---|---|---|
| 1 | 2/18/2020 | Conversion | | CASE FILED/ ISSUED SUMMONS & COMPLAINT, MAILED TO WVSOS FOR |
| 1-1 | 2/19/2020 | Other | | |
| 2 | | Conversion | | SERVICE.   AP   LS |
| 3 | 2/28/2020 | Conversion | | REC ACCEPTANCE FROM SEC OF STATE ON BEHALF OF US TRINITY ENERGY |
| 3-1 | 3/5/2020 | Other | | |
| 4 | | Conversion | | SERVICES 2/21/20. MBS   LS |
| 5 | 3/18/2020 | Conversion | | FAXED COPY - STIPULATION EXTENDING TIME FOR US TRINITY ENERGY |
| 5-1 | 3/19/2020 | Other | | |
| 6 | | Conversion | | SERVICES, LLC TO RESPOND TO COMPLAINT. DP   LS |
| 7 | 5/20/2020 | Scanned Document | | US TRINITY ENERGEY SERVICES, LLC'S ANSWER TO HUWA ENTERPRISES, LLC'S VERIFIED COMPLAINT WITH CERTIFICATE OF SERVICE (DP) |
| 7-1 | 5/20/2020 | | | Answer - US TRINITY ENERGEY SERVICES, LLC'S ANSWER TO HUWA ENTERPRISES, LLC'S VERIFIED COMPLAINT WITH CERTIFICATE OF SERVICE (DP) |

Exhibit D

User ID:  mary.sizemore            Page 1 of 1            Date/Time:   9/8/20 10:15 AM

PAGE 1/1 * RCVD AT 9/8/2020 10:42:03 AM [Eastern Daylight Time] * SVR:CINVFAX01/0 * DNIS:1780115 * CSID:3042559353         * ANI:3042559353 * DURATION (mm-ss):00-32